STATE of Missouri, Respondent,

v.

Jacob DAVIS, Appellant.

No. ED 101011

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: March 3, 2015

Gwenda Renee Robinson, 1010 Market St., Suite 1100, St. Louis, MO 63110, for appellant.

Chris Koster, Andrew C. Hooper, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

*ORDER*

PER CURIAM

Jacob Davis appeals from the judgment of the trial court entered after a jury convicted him of second-degree domestic assault and third-degree assault.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

Tessa Lynn VANVLERAH, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101102

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: March 3, 2015

Gwenda Renee Robinson, District Defender, Office B/Area 68, 1010 Market Street, Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM.

Tessa Lynn Vanvlerah appeals the judgment denying her Rule 24.035 motion for postconviction relief following an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).